UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| John Myers,<br><br>    Plaintiff,<br><br>v.<br><br>Hyundai Capital America d/b/a Hyundai Motor Finance,<br><br>    Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.: 3:20-cv-00057-N<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 9, 2020

                Respectfully submitted,

                By: */s/ Jody B. Burton*

                Jody B. Burton, Esq.
                CT Bar No. 422773
                LEMBERG LAW, L.L.C.
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                jburton@lemberglaw.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By  */s/ Jody B. Burton*

      Jody B. Burton, Esq.