UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| John Myers,<br><br>          Plaintiff,<br><br>v.<br><br>Hyundai Capital America d/b/a Hyundai Motor Finance,<br><br>          Defendant. | Civil Action No.: 3:20-cv-00057-N |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

    Plaintiff, John Myers (hereinafter "Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 17, 2020

                                            Respectfully submitted,

                        By:    */s/ Jody B. Burton*

                                Jody B. Burton, Esq.
                                LEMBERG LAW, L.L.C.
                                43 Danbury Road
                                Wilton, CT 06897
                                Telephone: (203) 653-2250
                                Facsimile:  (203) 653-3424
                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 17, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By   */s/ Jody B. Burton*

              Jody B. Burton, Esq.